# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVNIA

| | | |
|---|---|---|
| WALTER BASS, | : | No. 3:16cv1407 |
|     Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| A. PICKETT CONSTRUCTION, INC.; | : | |
| and JAMES ZAVASKAS, | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, to wit, this 18th day of August 2017, the defendants' joint motion for summary judgment (Doc. 28) is **GRANTED** in part and **DENIED** in part. It is **GRANTED** as unopposed with regard to the claims of sexual harassment/hostile work environment. It is **DENIED** in all other respects

                                            **BY THE COURT:**

                                            **s/ James M. Munley**
                                            **JUDGE JAMES M. MUNLEY**
                                            **United States District Court**